**FILED**
SAMPLE #2
APR 0 4 2018

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Tina M. Hall )
1312 N. Norman Plaintiff(s) )
AVE, Apt 3 moore OK 73160 )
vs. )  CASE NO. CIV 18-301 HE
Ambassador Hotel )
Colletions )
Defendant(s) )

Sexual harassment

**COMPLAINT**

Garden room. Supervisor (Abraham/Robert) before hiring me on at Vast 2. Took me in Garden room Shut door. Not much lighting, Dark. And at that told me that he was going to bring me (In/on) under the table. Because there was a Law suit with Ambassador Hotel Colletions and was not to hire anyone that work for Linda White, White Glove Staffing. Told me to go back online and redo my appication. and Do Not put White Glove Staffing, only St. Lukes United Methodist Church Banquets (2) Years. And at that time he ask me for a "Kiss" and I Said NO. Then he ask for a hug. This is all in the Deposition on Feb. 9, 2018 taken Vedio me for about 4 hours. You can listen to my full statement. taken at Law office of McAfee & Taft. I had also was working for Command Agency Temp. Before hiring on at Vast 2 Banquet Server. Unwelcome sexual advances, request for sexual favors, and other verbal nature I'am Seeking $50,000. I did not deserve this!

NOTE: Your signature, address and phone number *must* appear at the end of each pleading.

Tina M. Hall   Today is April 4, 2018   (405) 812-6626
1312 N. Norman AVE. Apt 3
moore OK 73160