# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TINA M. HALL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) NO. CIV-18-301-HE |
| | ) |
| AMBASSADOR HOTEL COLLECTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered this date, this action is dismissed without prejudice.

**IT IS SO ORDERED**

Dated this 23rd day of July, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE